# IN THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT
## No. 22-2210

| | |
|---|---|
| MEGAN DANIELS, CHRIS DANIELS, and BETSY DANIELS<br><br>        Appellants,<br><br>vs.<br><br>UNITED HEALTHCARE SERVICES, INC. and UNITED BEHAVIORAL HEALTH<br><br>        Appellees. | On Appeal from the United States District Court for the Western District of Wisconsin<br><br>Honorable William M. Conley<br><br>Case No. 3:19-cv-1038 |

## APPELLEES' UNOPPOSED MOTION TO POSTPONE ORAL ARGUMENT DUE TO A DEATH IN LEAD COUNSEL'S IMMEDIATE FAMILY

Pursuant to Circuit Rule 34(e), Appellees United Healthcare Services, Inc. and United Behavioral Health ("Appellees") move to postpone the oral argument in this appeal due to a death in lead counsel's immediate family. Oral argument is currently set for February 7, 2023. Appellants do not oppose this request. Appellees offer the following reasons in support of the motion:

    1.    Appellees' lead counsel, both at the district court and on appeal, is Michelle Grant of Dorsey & Whitney LLP in Minneapolis, Minnesota.

    2.    Oral argument in this case is scheduled for February 7, 2023 in Chicago, Illinois. Dkt. 28-1.

    3.    On January 30, 2023, Ms. Grant confirmed with the Court that

she would present oral argument on behalf of Appellees. Dkt. 32.

4. On January 31, 2023, Ms. Grant's father died. Arrangements are being made for the funeral, which likely will occur the week of February 6.

5. Given the death of her father and attendant duties and obligations, Ms. Grant is not in a position to travel to Chicago to present oral argument on February 7, or otherwise prepare for the argument.

6. This death in lead counsel's immediate family is an "extraordinary circumstance" warranting postponement of oral argument. *See* Circuit R. 34(e) (requiring "extraordinary circumstances"); *RLI Ins. Co. v. JDJ Marine, Inc.*, 716 F.3d 41, 44 (2d Cir. 2013) (noting a "death in counsel's immediate family" is "an extraordinary circumstance" warranting extension).

7. Counsel for Appellees conferred with Appellants' counsel, who stated that they do not oppose this request for postponement.

8. This is Appellees' first motion to postpone oral argument.

For these reasons, Appellees respectfully request that the Court postpone oral argument in this case until the 6th week of the January 2023 argument session (February 21-24) or later, as the Court's schedule allows.

Dated: February 1, 2023    By */s/ Nicholas Bullard*
Michelle Grant
grant.michelle@dorsey.com
Nicholas J. Bullard
bullard.nick@dorsey.com
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-5671

*Counsel for Appellees*

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E), because I prepared the motion in proportionally spaced typeface using Microsoft Word 2016 in 13-point Century Schoolbook font. I further certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), in that it contains 312 words.

Dated: February 1, 2023

DORSEY & WHITNEY LLP

By  */s/ Nicholas Bullard*
    Nicholas J. Bullard
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-5671

*Counsel for Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2023, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: February 1, 2023

DORSEY & WHITNEY LLP

By   */s/ Nicholas Bullard*
    Nicholas J. Bullard
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-5671

*Counsel for Appellees*